United States District Court
Southern District of Texas
**ENTERED**
May 25, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| MARCUS WILLIAMS, et al., <br>    Plaintiffs, <br><br> v. <br><br> GEOVERA SPECIALTY INSURANCE COMPANY <br><br><br>    Defendant. | § § § § § § § § § § §     Civil Action No. 1:16-CV-00160 |

## ORDER

The Court, after having considered GeoVera Specialty Insurance Company's (hereafter "Defendant") "Motion to Dismiss Without Prejudice" (Docket No. 14), is of the opinion that said motion be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant are hereby **DISMISSED** without prejudice.

**IT IS THEREFORE ORDERED** that the parties shall bear their own costs. The Clerk of the Court is **ORDERED** to close this case.

Signed on this ___25ᵗʰ___ day of ___May___, 2017.

_____
Rolando Olvera
United States District Judge